ney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.

## Sun Oil Company *v.* Melnick, Appellant.

Argued September 16, 1965. *Samuel Melnick*, appellant, in propria persona; *James R. Ledwith*, with him *Pepper, Hamilton & Scheetz*, for appellee.

Order affirmed.

WATKINS and FLOOD, JJ., absent.

## Szymborski Unemployment Compensation Case.

Argued September 15, 1965. *Stanley J. Szymborski*, claimant, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, with him *Walter E. Alessandroni*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.

## Tax Review Board of Philadelphia, Appellant, *v.* Automatic Plating Company.

Argued June 18, 1965. *Levy Anderson*, First Deputy City Solicitor, with him *Richard B. Pearl*, Assistant City Solicitor, and *Edward G.*

*Bauer, Jr.,* City Solicitor, for appellant; *John W. Frommer, Jr.,* with him *Dilworth, Paxson, Kalish, Kohn & Dilks,* for appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the order of the court below is affirmed.

HOFFMAN, J., absent.

## Wohlbach Unemployment Compensation Case.

Argued September 15, 1965. *Margaret Wohlbach,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.

October 19, 1965

## Commonwealth *v.* Uttley, Appellant.

Argued September 15, 1965. *David H. Kubert,* for appellant; *David Durben,* Assistant District Attorney, with him *Ward F. Clark,* First Assistant District Attorney, and *William J. Carlin,* District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, MONTGOMERY and HOFFMAN, JJ., would modify the order to $12 per week.

FLOOD, J., absent.